**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

MARCIA PENNICOTT,                           :
                                            :
            Plaintiff,                       :          21-CV-4575 (AJN) (OTW)
                                            :
            -against-                        :          **ORDER**
                                            :
JPMORGAN CHASE BANK, N.A., et al.,          :
                                            :
            Defendants.                      :
                                            :
                                            :
-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Initial Pretrial Conference scheduled for **Tuesday, July 20, 2021 at 12:00 p.m.** is

adjourned *sine die* pending the Court's decision on Defendants' Motion to Dismiss (ECF 14).


Defendants are directed to mail a copy of this Order to Plaintiff.  The Clerk of Court is

directed to close ECF 16.


**SO ORDERED.**


_s/ Ona T. Wang_

Dated: July 19, 2021                        **Ona T. Wang**
       New York, New York                   United States Magistrate Judge