```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marcia Pennicott,

            Plaintiff,

–v–

JPMorgan Chase Bank, N.A., et al.,

            Defendants.

21-cv-4575 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On July 15, 2021, Defendant filed a motion to dismiss the complaint. Dkt. No. 14. On September 23, 2021, Plaintiff filed an amended complaint. Dkt. No. 23. Defendant subsequently filed a new motion to dismiss. Dkt. Nos. 24, 25.

The Court therefore DENIES as moot Defendant's motion to dismiss dated July 15, 2021. Dkt. No. 14.

This resolves docket number 14.

SO ORDERED.

Dated: October 1, 2021
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge