UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                            :

MARCIA PENNICOTT,                             :

                                  Plaintiff,         :            21 Civ. 4575 (LGS)

                                                    :

                -against-                         :                ORDER

                                                    :

JPMORGAN CHASE BANK, N.A., et al.,     :

                                    Defendants.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS this case was referred to Magistrate Judge Ona T. Wang on December 16, 2021, for general pretrial and dispositive motions (*see* Dkt. No. 36).  It is hereby

       **ORDERED** that the Order of Reference at Dkt. No. 36 is **VACATED**.

Dated:  September 7, 2022
            New York, New York

                                                                                                                            LORNA G. SCHOFIELD
                                                                                   UNITED STATES DISTRICT JUDGE