UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARCIA PENNICOTT,
                              Plaintiff,

                              21 Civ. 4575 (LGS)

       -against-

                              ORDER

JPMORGAN CHASE BANK, N.A., et al.,
                              Defendants.

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Orders at Dkt. Nos. 40 and 42 permitted Plaintiff to seek leave to amend her pleadings, but instructed Plaintiff that her pleadings could not be amended or supplemented without the Court's leave;

      WHEREAS, Plaintiff filed a purported Third Amended Complaint at Dkt. No. 43. It is hereby

      **ORDERED** that the Court will construe Plaintiff's filing at Dkt. No. 43 as a motion for leave to file the Third Amended Complaint under Federal Rule of Civil Procedure 15. It is further

      **ORDERED** that Defendants may file a letter response to said motion by **November 22, 2022**.

Dated: November 1, 2022
      New York, New York

                                               LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE